# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wireless Protocol Innovations, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>TCT Mobile (US) Inc., et. al.,<br><br>Defendants. | Case No.: SACV 23-1476-GW-RAOx<br><br>**ORDER RE DISMISSAL** |

ORDER OF DISMISSAL –
CASE NO. 8:23-CV-01476-GW-RAOx

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Joint Stipulation of the parties, the claims brought by Wireless Protocol Innovations, Inc. on the one hand, and TCT Mobile, Inc. and TCT Mobile (US) Inc, on the other hand, shall be dismissed WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

DATED: February 7, 2025

_____
HON. GEORGE H. WU,
United States District Judge